Timothy P. Dillon, Esq. (SBN 190839)
Christine J. Gracco, Esq. (SBN 213980)
**DILLON MILLER AHUJA & BOSS, LLP**
5872 Owens Avenue, Suite 200
Carlsbad, California 92008
Telephone:  (858) 587-1800
Email: tdillon@dmablaw.com
          cgracco@dmablaw.com

Attorneys for Plaintiff,
Lynk Remote Technologies, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNK REMOTE TECHNOLOGIES, LLC, a California limited liability company<br><br>       Plaintiff/Counter-Defendant,<br><br>v.<br><br>SKY HARBOUR, LLC, a Delaware limited liability company<br><br>       Defendant/Counter-Plaintiff. | CASE NO.: 24-cv-00551-W-AHG<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: July 10, 2025

**DILLON MILLER AHUJA BOSS**

By: _/s/ Timothy P Dillon_____
Timothy Dillon, Esq.
Sunjina Ahuja, Esq.

*Attorneys for Plaintiff/Counter-Defendant Lynk Remote Technologies, LLC*

Dated: July 10, 2025

**ROBINSON & COLE LLP**

By: __/s/Jeffrey J. White_____
Jeffrey J. White, Esq. (admitted pro hac vice)
Sabrina M. Galli, Esq. (admitted pro hac vice)

Dated: July 10, 2025

**CLAPP, MORONEY, VUCINICH, BEEMAN & SCHELEY**

By: __/s/ Joseph W. Strella, Jr._____
Joseph W. Strella , Jr., Esq.

2

JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

# ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: _____

JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

## CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California, am over the age of 18 and not a party to the within action.  My business address is 5872 Owens Avenue, Suite 200, Carlsbad, CA 92008.  I am readily familiar with the film's practice of collection and processing of correspondence for mailing. On July 10, 2025, I caused to be served the following documents described as:

- JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Jeffrey J. White  *(Pro Hac Vice)*
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103-3597
Email: jwhite@rc.com

*Attorneys for Defendants*
*Sky Harbour, LLC*

Joseph W. Strella , Jr.
**CLAPP, MORONEY, VUCINICH, BEEMAN & SCHELEY**
1730 South El Camino Real
Suite 500
San Mateo, CA 94402
Email: jstrella@clappmoroney.com

☒ **BY ELECTRONIC SERVICE:**  Based on a court order or an agreement of the parties to accept service by CM/EFC electronic transmission, I caused a copy of the document(s) to be sent to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **July 10, 2025**, at Carlsbad, California.

_____
*Cynthia Steele*
Cynthia Steele

1
CERTIFICATE OF SERVICE